**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
GREENVILLE DIVISION**

**KENNETH GREGORY**                                                            **PLAINTIFF**

**VS.**                                             **CIVIL ACTION NO.: 4:20-cv-00143-DMB-JMV**

**WAL-MART STORES EAST, L.P.** *et al.*                                  **DEFENDANTS**

**ORDER STAYING CERTAIN PROCEEDINGS**

Local Uniform Civil Rule 16(b)(1)(B) provides, "[a] motion to remand… will stay the attorney conference and disclosure requirements **and all discovery not relevant to the remand**... **issue** and will stay the parties' obligation to make disclosures pending the court's ruling on the motion…" L.U. Civ. R. 16(b)(1)(B) (emphasis added).

A motion to remand [7] has been filed. Therefore, staying all discovery, except permitted discovery concerning the remand issue, is appropriate at this time.

Should any party desire to take remand-related discovery, it must file a motion to do so within seven (7) days hereof, setting forth the specific discovery sought. If any party objects to the motion, it shall file an objection within four (4) days following service of the motion.

**IT IS, THEREFORE, ORDERED** that the aforementioned proceedings are hereby **STAYED** pending a ruling on the motion to remand.

**SO ORDERED** this, the 17th day of September, 2020.

                                                                     /s/ Jane M. Virden
                                                                     **UNITED STATES MAGISTRATE JUDGE**